1  Tanya Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 N. Second Street
   San Jose, CA  95112
3  Telephone (408) 271-6600
   Facsimile (408) 298-6046
4

5  Attorneys for Plaintiff
   Theresa Wallen
6

7

8

9  **UNITED STATES DISTRICT COURT**

10 **EASTERN DISTRICT OF CALIFORNIA**

11 | THERESA WALLEN,              ) No.  1:10-CV-00676-LJO-GSA
12 |                              )
   |         Plaintiff,           ) **STIPULATION FOR DISMISSAL OF**
13 |                              ) **VIETTY ENTERPRISES, LTD.**
   |    vs.                       )
14 |                              )
   | TAHOE JOES, INC., et al.,    )
15 |                              )
   |         Defendants.          )
16 |                              )
17 |                              )
   | AND RELATED CROSS-ACTIONS.   )
18 |                              )

**IT IS HEREBY STIPULATED** by and between Plaintiff Theresa Wallen and Defendant, Cross-Defendant and Cross-Claimant Tahoe Joes, Inc.; Defendant and Cross-Complainant Vietty Enterprises, Ltd.; and Cross-Defendant and Cross-Claimant West Shaw Village Partners; the parties to this action, by and through their respective counsels, that

*Wallen v. Tahoe Joe's, et al.*
Stipulation for Dismissal

Page 1

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Defendant and Cross-Complainant Vietty Enterprises, Ltd. be and hereby is dismissed with prejudice from the action filed by Plaintiff Theresa Wallen.

Date: October 28, 2010                             MOORE LAW FIRM, P.C.


                                                   /s/Tanya Moore
                                                   Tanya Moore
                                                   Attorney for Plaintiff Theresa
                                                   Wallen

Date: October 28, 2010                             KIRBY, NOONAN, LANCE &
                                                   HOGE LLP


                                                   /s/ Charles T. Hoge
                                                   Charles T. Hoge,
                                                   Attorneys for Defendant, Cross-
                                                   Claimant and Cross-Defendant
                                                   Tahoe Joes, Inc.

Date:  October 28, 2010                            GILMORE, WOOD, VINNARD &
                                                   MAGNESS


                                                   /s/ Jennifer J. Panicker
                                                   Jennifer J. Panicker,
                                                   Attorneys for Defendant and
                                                   Cross-Complainant Vietty
                                                   Enterprises, Inc.

Date:  October 28, 2010                            FIKE & WATSON


                                                   /s/ David A. Fike
                                                   David A. Fike, Attorneys for
                                                   Cross-Defendant and Cross-
                                                   Claimant West Shaw Village
                                                   Partners

*Wallen v. Tahoe Joe's, et al.*
Stipulation for Dismissal

1   IT IS SO ORDERED.  The Clerk is DIRECTED NOT to close this action.

Dated: 10/29/2010                    /s/ LAWRENCE J. O'NEILL
                                     UNITED STATES DISTRICT JUDGE

*Wallen v. Tahoe Joe's, et al.*
Stipulation for Dismissal
Page 3