Charles T. Hoge (110696)
John K Landay (257573)
**KIRBY NOONAN LANCE & HOGE LLP**
350 Tenth Avenue, Suite 1300
San Diego, California 92101-8700
Telephone: (619) 231-8666
Facsimile: (619) 231-9593

Attorneys for Defendant TAHOE JOE'S, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| THERESA WALLEN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TAHOE JOE'S, INC. dba TAHOE JOE'S FAMOUS STEAK HOUSE, VIETTY ENTERPRISES, LTD., ERMA RUTH VIETTY,<br><br>　　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 1:10-CV-00676-LJO-GSA<br><br>**STIPULATION AND ORDER FOR CONTINUATION OF SETTLEMENT CONFERENCE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Theresa Wallen and Defendant, Cross-Defendant and Cross-Claimant Tahoe Joes, Inc.; Defendant and Cross-Complainant Vietty Enterprises, Ltd.; and Cross-Defendant and Cross-Claimant West Shaw Village Partners, the parties to this action (the "Parties"), by and through their respective counsels, as follows:

WHEREAS, on October 5, 2010 the Parties attended the Settlement Conference at the United States District Court, Eastern District of California, Fresno Division.

WHEREAS, on October 5, 2010 the Parties agreed to continue the Settlement Conference to November 8, 2010.

1  WHEREAS, the Parties have continued to engage in settlement discussions since October 5, 2010.

3  WHEREAS, the Parties require additional time to prepare and finalize a settlement.

4  NOW THEREFORE, the Parties, by and through their counsel of record, hereby stipulate to continue the Settlement Conference currently scheduled for November 8, 2010 to November 17, 2010 at 10:00 a.m.

IT IS SO STIPULATED.

DATED: November 5, 2010        MOORE LAW FIRM, P.C.

                               By:   */s/ Tanya Moore*
                                     Tanya Moore
                                     Attorneys for Plaintiff Theresa Wallen

DATED: November 5, 2010        KIRBY NOONAN LANCE & HOGE LLP

                               By:   */s/ Charles T. Hoge*
                                     Charles T. Hoge
                                     John K Landay
                                     Attorneys for Defendant TAHOE JOE'S, INC.

DATED: November 5, 2010        GILMORE, WOOD, VINNARD & MAGNESS

                               By:   */s/ Jennifer J. Panicker*
                                     Jennifer J. Panicker
                                     Attorneys for Defendant and Cross-Complaint
                                     Vietty Enterprises, Inc.

DATED: November 5, 2010        FIKE & WATSON

                               By:   */s/ David A. Fike*
                                     David A. Fike
                                     Attorneys for Cross-Defendant and Cross-
                                     Claimant West Shaw Village Partners

1    IT IS HEREBY ORDERED as follows:

2    Plaintiff Theresa Wallen, and Defendant, Cross-Defendant and Cross-Claimant Tahoe
3 Joes, Inc.; Defendant and Cross-Complainant Vietty Enterprises, Ltd.; and Cross-Defendant and
4 Cross-Claimant West Shaw Village Partners request for continuation of the Settlement Conference
5 is granted.  The Settlement Conference is continued to November 17, 2010 at 10:00 a.m.

7 IT IS SO ORDERED.

8    Dated:   **November 5, 2010**          /s/ Gary S. Austin
9                                    UNITED STATES MAGISTRATE JUDGE