Charles T. Hoge (110696)
John K Landay (257573)
**KIRBY NOONAN LANCE & HOGE LLP**
350 Tenth Avenue, Suite 1300
San Diego, California 92101-8700
Telephone: (619) 231-8666
Facsimile: (619) 231-9593

Attorneys for Defendant TAHOE JOE'S, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| THERESA WALLEN,<br><br>          Plaintiff,<br><br>     vs.<br><br>TAHOE JOE'S, INC. dba TAHOE JOE'S FAMOUS STEAK HOUSE, VIETTY ENTERPRISES, LTD., ERMA RUTH VIETTY,<br><br>          Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 1:10-CV-00676-LJO-GSA<br><br>**STIPULATION AND ORDER FOR CONTINUATION OF SETTLEMENT CONFERENCE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Theresa Wallen and Defendant, Cross-Defendant and Cross-Claimant Tahoe Joes, Inc.; Defendant and Cross-Complainant Vietty Enterprises, Ltd.; and Cross-Defendant and Cross-Claimant West Shaw Village Partners, the parties to this action (the "Parties"), by and through their respective counsels, as follows:

WHEREAS, on October 5, 2010 the Parties attended the Settlement Conference at the United States District Court, Eastern District of California, Fresno Division.

WHEREAS, on October 5, 2010 the Parties agreed to continue the Settlement Conference to November 8, 2010.

1   WHEREAS, on November 5, 2010 the Parties agreed to continue the Settlement
2  Conference scheduled for November 8, 2010 to November 17, 2010.
3   WHEREAS, the Parties have continued to engage in settlement discussions since
4  November 5, 2010.
5   WHEREAS, the Parties require additional time to prepare and finalize a settlement.
6   NOW THEREFORE, the Parties, by and through their counsel of record, hereby stipulate
7  to continue the Settlement Conference currently scheduled for November 17, 2010 to January 6,
8  2011 at 10:00 a.m.
9   IT IS SO STIPULATED.

10  DATED: November 15, 2010                MOORE LAW FIRM, P.C.

11

12                                          By:   */s/ Tanya Moore*
                                                  Tanya Moore
13                                                Attorneys for Plaintiff Theresa Wallen

14  DATED: November 15, 2010                KIRBY NOONAN LANCE & HOGE LLP

15

16                                          By:   */s/ Charles T. Hoge*
                                                  Charles T. Hoge
17                                                John K Landay
                                                  Attorneys for Defendant TAHOE JOE'S, INC.
18
    DATED: November 15, 2010                GILMORE, WOOD, VINNARD & MAGNESS
19

20                                          By:   */s/ Jennifer J. Panicker*
                                                  Jennifer J. Panicker
21                                                Attorneys for Defendant and Cross-Complaint
22                                                Vietty Enterprises, Inc.

23  DATED: November 15, 2010                FIKE & WATSON

24

25                                          By:   */s/ David A. Fike*
                                                  David A. Fike
26                                                Attorneys for Cross-Defendant and Cross-
                                                  Claimant West Shaw Village Partners
27

28

1    IT IS HEREBY ORDERED as follows:

2    Plaintiff Theresa Wallen, and Defendant, Cross-Defendant and Cross-Claimant Tahoe
3 Joes, Inc.; Defendant and Cross-Complainant Vietty Enterprises, Ltd.; and Cross-Defendant and
4 Cross-Claimant West Shaw Village Partners request for continuation of the Settlement Conference
5 is granted.  The Settlement Conference is continued to January 6, 2011 at 10:00 a.m.

6    IT IS SO ORDERED.

9 IT IS SO ORDERED.

10    Dated:   **November 16, 2010**          **/s/ Gary S. Austin**
11                                         UNITED STATES MAGISTRATE JUDGE