1
2
3
4
5
6              UNITED STATES DISTRICT COURT

7              EASTERN DISTRICT OF CALIFORNIA

8

9    THERESA WALLEN,                          CASE NO. CV F 10-0676 LJO GSA

10              Plaintiff,              **ORDER AFTER SETTLEMENT**

            vs.
11
     TAHOE JOE'S, INC.,
12
              Defendant.
13   _____/

14          Plaintiff's counsel notified this Court that settlement has been reached.  Pursuant to this Court's

15   Local Rule 160, this Court ORDERS the parties, **no later than January 31, 2011,** to file appropriate

16   papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not

17   been dismissed.

18          This Court VACATES all pending dates and matters, including the July 28, 2011 pretrial

19   conference and September 12, 2011 trial.

20          Failure to comply with this order may be grounds for the imposition of sanctions on counsel or

21   parties who contributed to violation of this order.  *See* Local Rules160 and 272.

22

23   IT IS SO ORDERED.

24   **Dated:    January 5, 2011**              _____/s/ Lawrence J. O'Neill_____
                                             UNITED STATES DISTRICT JUDGE
25

26

27

28