# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALLEN, | CASE NO. CV F 10-0676 LJO GSA |
| Plaintiff, | **ORDER TO EXTEND DEADLINE TO DISMISS ACTION** |
| vs. | (Doc. 42.) |
| TAHOE JOE'S INC., | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS | |

Based on cross-defendant's request, this Court EXTENDS to February 10, 2011 the deadline to file papers to dismiss this action in its entirety. This Court will entertain no further extension without a strong showing of good cause and will impose sanctions on parties or counsel contributing to inexcusable delay to conclude settlement and dismiss this action.

IT IS SO ORDERED.

**Dated:   February 1, 2011**                    /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE