IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALLEN,<br><br>        Plaintiff,<br><br>   vs.<br><br>TAHOE JOE'S, INC.,<br>et al.,<br><br>        Defendant.<br>_____ /<br>AND RELATED ACTIONS.<br>_____ / | CASE NO. CV F 10-0676 LJO GSA<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 44.) |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action, including cross-actions;
2. VACATES all pending matters; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   February 10, 2011**              /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1